## SUMMONS IN A CIVIL ACTION

### UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NOEL GOULDSBROUGH<br><br>v.<br><br>SECURITAS, AB, PINKERTON'S INC., a SECURITAS COMPANY, BURNS INTERNATIONAL SECURITY SERVICES CO., DENNIS SCHUCK, JUDD BACH and JOSEPH KENNEDY | CIVIL ACTION NO. 02-3222<br><br>TO: (NAME AND ADDRESS OF DEFENDANT)<br><br>Joseph Kennedy<br>10816 Meadows Court<br>North Fort Myers, FL 33903 |

**YOU ARE HEREBY SUMMONED** and required to serve upon

Plaintiff's Attorney (Name and Address)

George S. Kounoupis, Esq.
Hahalis & Kounoupis, P.C.
20 East Broad Street
Bethlehem, PA 18018

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

| Michael E. Kunz, Clerk of Court | Date: 5/24/02 |
|---|---|

(By) Deputy Clerk

Evelyn Kenney

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | 09/16/02 |
| NAME OF SERVER (PRINT) David L. Deratzian | TITLE Attorney for Plaintiff |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Service by Certified Mail pursuant to Fed. R. Civ. Proc. and the Pennsylvania Rules of Civ. Procedure for Service of out of states Defendant.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on October 14, 2002
               Date

Signature of Server
David L. Deratzian

20 East Broad Street
Bethlehem, PA  18018
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   JOSEPH KENNEDY
   10816 MEADOWS CT.
   NORTH FORT MYERS, FL
   33903-8011

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly) Joseph Kennedy  B. Date of Delivery 9/16/02

C. Signature
   X [signature]   ☐ Agent   ☑ Addressee

D. Is delivery address different from item 1? ☐ Yes  ☑ No
   If YES, enter delivery address below:

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label)
   7099 3400 0000 0406 2103

PS Form 3811, July 1999    Domestic Return Receipt    102595-99-M-1789