UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Patrick J. Hughes, Esq.
Connell Foley LLP
85 Livingston Avenue
Roseland, New Jersey 07068
(973) 535-0500
Attorneys for Defendants Securitas, Pinkerton's, Burns, Dennis Schuk and Judd Bach

| | |
|---|---|
| NOEL GOULDSBROUGH,<br><br>Plaintiff,<br><br>v.<br><br>SECURITAS, AB, PINKERTON'S INC., a SECURITAS COMPANY, BURNS INTERNATIONAL SECURITY SERVICES CO., DENNIS SCHUK, JUDD BACH and JOSEPH KENNEDY,<br><br>Defendants. | Hon. William H. Yohn, Jr., U.S.D.J.<br><br>CIVIL ACTION NO.: 02-3222 (WHY)<br><br>**NOTICE OF DEFENDANTS' MOTION TO ENFORCE THE AGREEMENT OF PLAINTIFF GOULDSBROUGH TO ARBITRATE HER CLAIMS** |

TO:  David L. Deratzian, Esq.
     Hahalis & Kounoupis, P.C.
     20 East Broad Street
     Bethlehem, Pennsylvania 18018

COUNSELOR:

PLEASE TAKE NOTICE that defendants Securitas, AB, Pinkerton's Inc., Burns International Security Services Co., Dennis Schuk and Judd Bach hereby move to enforce the agreement of plaintiff, Noel Gouldsbrough, to arbitrate her claims against

1314045-01

defendants, pursuant to the Pre-Dispute Resolution Agreement she signed as a condition of her employment with Burns International Security Services Co.

PLEASE TAKE FURTHER NOTICE that in support of this motion, defendants will rely on the following:

1. Affidavit of Patrick J. Hughes, Esq. with attachments;

2. Brief in Support of Defendants' Motion; and

3. All other pleadings filed previously in this action.

Defendants request oral argument on this motion.

    Respectfully submitted,

    CONNELL FOLEY LLP
    Attorneys for Defendants,
    Securitas, AB, Pinkerton's Inc., Burns International Security Services Co., Dennis Schuk and Judd Bach

    By: _____
        PATRICK J. HUGHES

DATED: October 29, 2002