UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Patrick J. Hughes, Esq.
Connell Foley LLP
85 Livingston Avenue
Roseland, New Jersey 07068
(973) 535-0500
Attorneys for Defendants Securitas, Pinkerton's, Burns, Dennis Schuk and Judd Bach

| | |
|---|---|
| NOEL GOULDSBROUGH,<br><br>    Plaintiff,<br><br>v.<br><br>SECURITAS, AB, PINKERTON'S INC., a SECURITAS COMPANY, BURNS INTERNATIONAL SECURITY SERVICES CO., DENNIS SCHUK, JUDD BACH and JOSEPH KENNEDY,<br><br>    Defendants. | Hon. William H. Yohn, Jr.,<br>U.S.D.J.<br><br>CIVIL ACTION NO.: 02-3222 (WHY)<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that I caused an original and two copies of Brief in Support of Defendants' Motion to Enforce the Agreement of Plaintiff Noel Gouldsbrough to Arbitrate her claims to be filed this date with:

Michael E. Kunz, Clerk
United States District Court
For the Eastern District of Pennsylvania
601 Market Street, Room 2609
Philadelphia, PA  19105-1797

1315967-01

by Federal Express Overnight Delivery, and copies of each to be served upon:

>David L. Deratzian, Esq.
>Hahalis & Kounoupis, P.C.
>20 East Broad Street
>Bethlehem, Pennsylvania  18018

by Federal Express Overnight Delivery.

_____
Ellen A. Feeney

DATED: October 29, 2002