IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NOEL GOULDSBROUGH | : | CIVIL ACTION |
| | : | NO. 02-3222 |
| vs. | : | |
| | : | |
| SECURITAS, AB, ET AL. | : | |

### O R D E R

**AND NOW, TO WIT:** this 12th day of November, 2002, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court , it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**ALL PENDING MOTIONS ARE DISMISSED AS MOOT**.


**MICHAEL E. KUNZ**, Clerk of Court


_____**BY:** _____
Rita L. Polkowski
Deputy Clerk

Civ 2 (8/2000)
41(b).frm